UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA :
:
v. : CASE NO. 5:10-CR-0004-OC-35GRJ
: 8 U.S.C. § 1324(a)(1)(A)(v)(I)
MAURO RIVAS : 8 U.S.C. § 1324(a)(1)(A)(ii)
: Forfeitures:
18 U.S.C. § 982(a)(6)

INDICTMENT

The Grand Jury Charges:

COUNT ONE

From an unknown date in or about 2008 and continuing through on or about December 10, 2009, in Sumter County, Middle District of Florida and elsewhere,

MAURO RIVAS,

the defendant herein, for the purpose of commercial advantage and private financial gain, knowingly and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did knowingly and intentionally conspire and agree with other persons, both known and unknown to the Grand Jury, to transport and move at least seven such aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law, a violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and (a)(1)(B)(i).

COUNT TWO

On or about December 9 and 10, 2009, in Sumter County, Middle District of Florida, and elsewhere,

MAURO RIVAS,

the defendant herein, for the purpose of commercial advantage and private financial

gain, knowingly and in reckless disregard of the fact that certain aliens had come to, entered, and remained in the United States in violation of law, did transport and move seven such aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i) and Title 18, United States Code, Section 2.

## FORFEITURES

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 982(a)(6).

2. From his engagement in the violations alleged in Counts One and Two of this Indictment, defendant MAURO RIVAS shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(6), any and all right, title, and interest he has in:

    a. Any conveyance, including any vessel, vehicle, or aircraft, used in the commission of a violation of Title 8, United States Code, Section 1324(a);

    b. Any property, real or personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of such violation; and

    c. Any property, real or personal, used to facilitate, or is intended to be used to facilitate, the commission of such violation.

3. Specific property to be forfeited includes, but is not limited to, any personal/ownership interest the defendant may have in the white 2008 Toyota Sienna minivan he used to transport aliens on December 9 and 10, 2009.

   4. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

          A TRUE BILL,

          _Kim C. Godbee_
          FOREPERSON
          Deputy

A. BRIAN ALBRITTON
United States Attorney

By: _[signature]_
  DONALD L. HANSEN
  Assistant United States Attorney

_[signature]_
JAY L. HOFFER
Assistant United States Attorney
Deputy Chief, General Crimes Section

FORM OBD-34
APR 1991

No. 5:10-CR-

# UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

MAURO RIVAS

## INDICTMENT

Violation:
Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I) and (ii)

A true bill,

_____Kim C. Godbee_____
Deputy Foreperson

Filed in open court this 6th day
of January, A.D. 2010.

_____
Clerk

Bail  $_____

GPO 863 525

N:\_Criminal Cases\R\Rivas, Mauro_2009R03391_dlh\f_indictment_back.frm